AMBER M. ORTIZ, IN PRO PER
AMBER M. ORTIZ, IN PRO PER
1507 ARLINGTON AVENUE
LOS ANGELES, CA 90019
Tel: (213) 864-8801

FILED
CLERK, U.S. DISTRICT COURT

Apr 15, 2022

CENTRAL DISTRICT OF CALIFORNIA
BY: ___KT___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| AMBER M. ORTIZ | CASE NUMBER |
|---|---|
| Plaintiff(s), | 2:22-cv-02533 |
| v. | |
| INTEGRITY MOTORCAR, INC. | NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |
| Defendant(s). | |

PLEASE TAKE NOTICE: (*Check one*)

☑ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____
is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____ .

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

| 04/15/2022 | /s/ Amber M. Ortiz |
|---|---|
| Date | Signature of Attorney/Party |

NOTE: *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*

Amber M. Ortiz v. Integrity Motorcar, Inc. et al.
Case No. 2:22-cv-02533

**PROOF OF SERVICE**

I, Susana Cortez, declare:

My address is 16530 Ventura Boulevard, Suite 406, Encino, CA 91436, I am employed in the County of Los Angeles, where this mailing occurs. I am over the age of 18 years and not a party to the within cause.

On April 15, 2022, I served the following documents:

**NOTICE OF DISMISSAL PURSUANT TO
FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)**

on the following person(s) in this action by placing a true copy thereof enclosed in a sealed envelope as follows:

Sareen Bezdikian, Esq.
Raffi Kassabian, Esq.
BEZDIK KASSAB LAW GROUP
790 East Colorado Boulevard, 9th Floor
Pasadena, CA 91101
Email: raffi@bezdikkassab.com

[XX] BY MAIL. I am readily familiar with my firm's practice for collection and processing of correspondence for mailing with the United States Postal Service, to wit, that correspondence will be deposited with the United States Postal Service this same day in the ordinary course of business. I sealed said envelope and placed it for collection and mailing following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this document was executed on 04/15/2022 at Encino, California.

*/s/ Susana Cortez*

Susana Cortez